IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS OSWALD, ET AL.    :    CIVIL ACTION
            :
    v.        :
            :
PACIFIC LIFE INSURANCE COMPANY :    NO. 25-2318

## ORDER

**AND NOW**, this 22nd day of April, 2026, upon consideration of Plaintiffs' "Motion for Leave to File Second Amended Complaint" (Docket No. 32), Defendant's Opposition thereto, Plaintiffs' Reply, and Defendant's Sur-Reply, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **DENIED** insofar as it seeks leave to file a Second Amended Complaint that adds a claim for anticipatory breach of contract and tort claims grounded on the assertion that the 1997 Statement was false.

2. The Motion is **GRANTED** in all other respects.

3. On or before May 4, 2026, Plaintiffs may file their Second Amended Complaint provided that it complies with the limitations set forth in Paragraph 1 of this Order and the accompanying Memorandum.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.